COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Robert B. Walker and Water Removal and Drying of Houston LLC, formerly doing business as Rainbow International of Houston v. Carolyn Taub, Lori Hood, Johnson, Trent, West & Taylor, LLP and Scottsdale Insurance Company, Inc. |
| Appellate case number: | 01-20-00580-CV |
| Trial court case number: | 2016-20807 |
| Trial court: | 295th District Court of Harris County |

Appellants, Robert B. Walker and Water Removal and Drying of Houston LLC, formerly doing business as Rainbow International of Houston, acting pro se, have filed a third motion for extension of time in which to file their brief.

Appellants' motion for extension of time is **granted.** Appellants' brief is due **June 1, 2021**. **No further extensions will be granted.**

It is so ORDERED.

Judge's signature:_____/s/ Julie Countiss_____
                              Acting individually


Date: May 18, 2021